IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00553-WDM-KLM

FRANCISCO ALONZO,

    Plaintiff,

v.

DENVER DEPARTMENT OF AVIATION

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Motion for Leave to File Amended Answer [Docket No. 9; Filed May 20, 2008] (the "Motion"). Plaintiff failed to respond within the time period set forth in the Federal and Local Rules of Civil Procedure, and the Court is unaware of Plaintiff's position.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts the Amended Answer [Docket No. 9-3] for filing as the date of this Minute Order.

Dated: June 13, 2008