IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00553-WDM-KLM

FRANCISCO ALONZO,

    Plaintiff,

v.

DENVER DEPARTMENT OF AVIATION, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 11, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge